**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)*  **22-16749**                    Chapter     **7**

■ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy               06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mid Atlantic Party Rental, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Event Rentals, LTD** <br> **DBA  Mid Atlantic Party Rentals, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2759015** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5025A Church Road** <br> **Mount Laurel, NJ 08054** <br> Number, Street, City, State & ZIP Code | **3111 NJ 38** <br> **Suite 11-101** <br> **Mount Laurel, NJ 08054** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Burlington** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (*if known*) **22-16749** |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (*if known*) | **22-16749** |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

9/27/22 6:49PM

Debtor    **Mid Atlantic Party Rental, LLC**

Name

Case number (*if known*)    **22-16749**

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (*if known*)  **22-16749** |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 27, 2022**
MM / DD / YYYY

**X /s/ William H. Green, IV**
Signature of authorized representative of debtor

**William H. Green, IV**
Printed name

Title _____

---

**18. Signature of attorney**

**X /s/ E. Richard Dressel**
Signature of attorney for debtor

Date    **September 27, 2022**
MM / DD / YYYY

**E. Richard Dressel**
Printed name

**Lex Nova Law, LLC**
Firm name

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
Number, Street, City, State & ZIP Code

Contact phone    **856.382.8211**        Email address    **rdressel@lexnovalaw.com**

**ED1793 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Mid Atlantic Party Rental, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16749**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **675,427.84**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **675,427.84**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **770,560.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     **208,585.65**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $     **979,145.65**

**Fill in this information to identify the case:**

Debtor name **Mid Atlantic Party Rental, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **22-16749**

■ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Republic Bank** | **checking** | **9583** | **$0.00** |
| 3.2. | **Republic Bank** | **tax acount** | **4656** | **$0.84** |
| 3.3. | **TD Bank, N.A.** | | **3093** | **$2,000.00** |

**4.  Other cash equivalents** *(Identify all)*

**5.  Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $2,000.84 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number *(If known)* **22-16749** |
|---|---|---|
| | Name | |

7.1.  **Security deposit - landlord**                                              $11,650.00

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                      $11,650.00

        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:         **134,679.00**   -   **9,500.00**  = ....   $125,179.00

                                          face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                      $125,179.00

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale**<br>**Sample items with various customers** | | $0.00 | | $500.00 |
| **Bed Rolls (100)** | | $0.00 | | $1,000.00 |
| 22.   **Other inventory or supplies**<br>**Inventory, Pipe & Drape (Drexel), 30' X 45' Tent (Jewish Federation)** | | $0.00 | | $378,562.00 |

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number *(If known)* **22-16749** |
|---|---|---|
| | Name | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$380,062.00

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Desks (2), computers (2), phones, office chairs (3)** | **$0.00** | | **$250.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$250.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number *(If known)* **22-16749** |
|---|---|---|
| | Name | |

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Hino 268A** | $0.00 | | $49,000.00 |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**2015 Hino 268 22' truck, Unimac 100lb washer,<br>phone system, Meraki router, Meraki MS<br>120-8FP PoE Switch, PC Smart UPS, Meraki<br>MR44 AP** | $0.00 | | $62,700.00 |
| **Raymond Easi-Opc30TT, Deka 12-125-15,<br>C25BLY00 Polletuade, Yale Wolhic Stoderor** | $0.00 | | $44,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $155,700.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☉ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☉ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☉ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☉ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number *(If known)* **22-16749** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **EZ Pass account - credit balance** | **$586.00** |
| **Drexel University ($2,736/week rental; open ended)** | **Unknown** |
| **Jewish Federation ($8,397/month rental)** | **Unknown** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | **$586.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number *(If known)* **22-16749** |
|---|---|---|
| | Name | |

---

**Part 12:**    Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,650.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $125,179.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $380,062.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $155,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $586.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $675,427.84 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $675,427.84 |

**Fill in this information to identify the case:**

Debtor name    **Mid Atlantic Party Rental, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **22-16749**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **New Jersey Division of Taxation** **Sales & Use TAx** **PO Box 999** **Trenton, NJ 08646-0999** | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed |  |  |
|  | Date or dates debt was incurred **08/31/2022** | Basis for the claim: **Sales taxes** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes |  |  |

| | | | | |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **State of New Jersey** **Employer Accounts** **PO Box 059** **Trenton, NJ 08646** | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: **NJ - 927** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |  |  |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (if known) | **22-16749** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,720.00**

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1006**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ARA Insurance**
**1900 19th Street**
**Moline, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,578.37**

**Atlantic City Linen**
**c/o Pure Star**
**2000 Market Street**
**Eighth Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bentley Truck Services, Inc.**
**3053 Route 73 S.**
**Maple Shade, NJ 08052**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bonnie Lyman**
**310  Shady Lane**
**Marlton, NJ 08053**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BP Holdings Group**
**70 Stacy Haines Road**
**Lumberton, NJ 08048**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chempac Suppliers, Inc.**
**28 Harrison Avenue**
**Suite 914**
**Englishtown, NJ 07726-1564**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mid Atlantic Party Rental, LLC** | | Case number (if known) | **22-16749** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clean Slate Group LLC**
**1420 E. Linden Avenue**
**Linden, NJ 07036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Debra A. Lamanna-Green**
**5025A Church Road**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EZ Pass NJ**
**PO Box 4973**
**Trenton, NJ 08650**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heartland**
**765 Jefferson Road, Suite 350**
**Rochester, NY 14623**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James A. Lyman, Jr.**
**310 Shady Lane**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Jason Burd**
**519 Meadow Ridge Drive**
**Mickleton, NJ 08056**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **start-up loan / capital investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jersey Party Rentals**
**163 W. Centennial Drive**
**Medford, NJ 08055**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mid Atlantic Party Rental, LLC** | | Case number *(if known)* | **22-16749** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Karley's Rentals**
**4928 Disston Street**
**Philadelphia, PA 19135**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1532

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laundry Services of Mercer**
**PO Box 10345**
**Trenton, NJ 08650**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4566

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Matthey Propane**
**2575 Mt. Ephraim Avenue**
**Camden, NJ 08104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Mechanical Laundry Services, LLC**
**P O Box 93**
**Boyertown, PA 19512**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Minda Supply**
**380 Franklin Turnpike**
**Mahwah, NJ 07430**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**New Century Financial c/o**
**Gerard J. Felt, Esquire**
**Pressler, Felt & Warshaw, LLP**
**7 Entin Road**
**Parsippany, NJ 07054-9944**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473.00**

**New Jersey American Water**
**PO Box 371331**
**Pittsburgh, PA 15250-7331**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5079

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mid Atlantic Party Rental, LLC** | | Case number (if known) | **22-16749** |
|--------|-----------------------------------|--|------------------------|--------------|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379.00** |
|------|---|---|---|
| | **New Jersey American Water** <br> **PO Box 371331** <br> **Pittsburgh, PA 15250-7331** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **2097** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|------|---|---|---|
| | **Paris Caterers** <br> **281 Cross Keys Road** <br> **Berlin, NJ** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$919.00** |
|------|---|---|---|
| | **Point of Rental** <br> **14401 Statler Blvd** <br> **Fort Worth, TX 76155** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **9259** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|------|---|---|---|
| | **PSE&G** <br> **PO Box 14444** <br> **New Brunswick, NJ 08906-4444** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **0307** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$530.94** |
|------|---|---|---|
| | **Republic Bank** <br> **50 South 16th  Street, Suite 2400** <br> **Philadelphia, PA 19102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **9583** | Basis for the claim:  **overdrawn account** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|
| | **RSS Distributors** <br> **7930 Old Auction Road** <br> **Manheim, PA 17545** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number  **T010** | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|
| | **Sea Box** <br> **1 Sea Box Drive** <br> **Riverton, NJ 08077** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  **Storage containers, $375/month** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (if known) | **22-16749** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Sphere**
**600 Las Colinas Blvd. E STE 1200**
**Irving, TX 75039-5611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit Card Processor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Stripe Capital**
**185 Berry Street, #550**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**TNT Rental, LLC**
**5025A Church Road**
**Mount Laurel, NJ 08054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,869.84 |
| --- | --- | --- | --- |

**TNT Rental, LLC**
**5025A Church Road**
**Mount Laurel, NJ 08054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monies owed to TNT Rental by MidAtlantic; balance approximately $117,869.84 ($79,600.60 loans and $38,269.84 net rentals)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
| --- | --- | --- | --- |

**Township of Lumberton**
**35 Municipal Drive**
**Lumberton, NJ 08048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Verizon**
**Corporate Headquarters**
**1095 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.50 |
| --- | --- | --- | --- |

**Virtual PBX.com, Inc.**
**P.O. Box 8780**
**San Jose, CA 95155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (if known) | **22-16749** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**White Harris**
**208 N. Broadway**
**Gloucester City, NJ 08030**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**William H. Green, III**
**5025B Church Road**
**Mount Laurel, NJ 08054**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **start up loan / capital investment**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William H. Green, IV**
**5025A Church Road**
**Mount Laurel, NJ 08054**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Coobligor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express/Billing Inquiries**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Jamie L. Kelly, Esquire**<br>**150 E. Swedesford Road, Suite 102**<br>**Wayne, PA 19087** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Joel Spivack, Esquire**<br>**Law Office of Joel Spivack**<br>**1415 Marlton Pike East, Suite 302**<br>**Cherry Hill, NJ 08034** | Line **3.38**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Lee Perlman, Esquire**<br>**Law Offices of Lee M. Perlman**<br>**1926 Greentree Road, #100**<br>**Cherry Hill, NJ 08003** | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Lee Perlman, Esquire**<br>**Law Offices of Lee M. Perlman**<br>**1926 Greentree Road, #100**<br>**Cherry Hill, NJ 08003** | Line **3.37**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Mid Atlantic Party Rental, LLC** | Case number (if known) | **22-16749** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.6 | **Penn Credit**<br>**2800 Commerce Drive**<br>**Harrisburg, PA 17110** | Line  **3.21** <br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 208,585.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 208,585.65 |

# United States Bankruptcy Court
### District of New Jersey

In re    **Mid Atlantic Party Rental, LLC** _____    Case No.    **22-16749** _____

_____ Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best

of my knowledge.

Date:    **September 27, 2022** _____        **/s/ William H. Green, IV** _____
                                              **William H. Green, IV**/
                                              Signer/Title

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express/Billing Inquiries
P.O. Box 981535
El Paso, TX 79998-1535

ARA Insurance
1900 19th Street
Moline, IL 61265

Atlantic City Linen
c/o Pure Star
2000 Market Street
Eighth Floor
Philadelphia, PA 19103

Bentley Truck Services, Inc.
3053 Route 73 S.
Maple Shade, NJ 08052

Blue Bridge
Two Fountain Square
11921 Freedom Drive, Suite 1130
Reston, VA 20190

Bonnie Lyman
310  Shady Lane
Marlton, NJ 08053

Bonnie Lyman
310 Shady Lane
Marlton, NJ 08053

BP Holdings Group
70 Stacy Haines Road
Lumberton, NJ 08048

Brad Palmer, LLC
Bill O'Hare
70 Stacy Haines Road
Lumberton, NJ 08048

Chempac Suppliers, Inc.
28 Harrison Avenue
Suite 914
Englishtown, NJ 07726-1564


Clean Slate Group LLC
1420 E. Linden Avenue
Linden, NJ 07036


Debra A. Lamanna-Green
5025A Church Road
Mount Laurel, NJ 08054


EZ Pass NJ
PO Box 4973
Trenton, NJ 08650


Heartland
765 Jefferson Road, Suite 350
Rochester, NY 14623


Howard B. Some
138 West Centennial Avenue
Medford, NJ 08055


Howard B. Some
138 West Centennial Drive
Medford, NJ 08055


James A. Lyman, Jr.
310 Shady Lane
Marlton, NJ 08053


James A. Lyman, Jr.
310 Shady Lance
Marlton, NJ 08053


Jamie L. Kelly, Esquire
150 E. Swedesford Road, Suite 102
Wayne, PA 19087


Jason Burd
519 Meadow Ridge Drive
Mickleton, NJ 08056

Jersey Party Rentals
163 W. Centennial Drive
Medford, NJ 08055


Joel Spivack, Esquire
Law Office of Joel Spivack
1415 Marlton Pike East, Suite 302
Cherry Hill, NJ 08034


Karley's Rentals
4928 Disston Street
Philadelphia, PA 19135


Laundry Services of Mercer
PO Box 10345
Trenton, NJ 08650


Lee Perlman, Esquire
Law Offices of Lee M. Perlman
1926 Greentree Road, #100
Cherry Hill, NJ 08003


Matthey Propane
2575 Mt. Ephraim Avenue
Camden, NJ 08104


Mechanical Laundry Services, LLC
P O Box 93
Boyertown, PA 19512


Michael E. Brown, Esquire
Dembo, Brown & Burns LLp
1300 Route 73 , Suite 205
Mount Laurel, NJ 08054


Minda Supply
380 Franklin Turnpike
Mahwah, NJ 07430


N. Some
12 Vanessa Court
Cherry Hill, NJ 08003

Navitas Credit Corp.
201 Executive Center Drive, Suite 100
Columbia, SC 29210


Navitas Credit Corp.
203 Fort Wade Road, Suite 300
Ponte Vedra, FL 32081


New Century Financial c/o
Gerard J. Felt, Esquire
Pressler, Felt & Warshaw, LLP
7 Entin Road
Parsippany, NJ 07054-9944


New Jersey American Water
PO Box 371331
Pittsburgh, PA 15250-7331


New Jersey Division of Taxation
Sales & Use TAx
PO Box 999
Trenton, NJ 08646-0999


PAC WESTERN Financial LLC
222 S. Main Street
5th Floor
Salt Lake City, UT 84101


PAC WESTERN Financial, LLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101


Paris Caterers
281 Cross Keys Road
Berlin, NJ


Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80500


Penn Credit
2800 Commerce Drive
Harrisburg, PA 17110

Point of Rental
14401 Statler Blvd
Fort Worth, TX 76155


Priority Capital Partners, Inc.
174 Green Street
Melrose, MA 02176


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Republic Bank
50 South 16th Street, Suite 2400
Philadelphia, PA 19102


RSS Distributors
7930 Old Auction Road
Manheim, PA 17545


Sea Box
1 Sea Box Drive
Riverton, NJ 08077


Sphere
600 Las Colinas Blvd. E STE 1200
Irving, TX 75039-5611


State of New Jersey
Employer Accounts
PO Box 059
Trenton, NJ 08646


Stripe Capital
185 Berry Street, #550
San Francisco, CA 94107


TNT Rental LLC
106 Ark Road
Lumberton, NJ 08048


TNT Rental, LLC
5025A Church Road
Mount Laurel, NJ 08054

TNT Rental, LLC
106 Ark Road
Lumberton, NJ 08048


Township of Lumberton
35 Municipal Drive
Lumberton, NJ 08048


Verizon
Corporate Headquarters
1095 Avenue of the Americas
New York, NY 10036


Virtual PBX.com, Inc.
P.O. Box 8780
San Jose, CA 95155


White Harris
208 N. Broadway
Gloucester City, NJ 08030


William H. Green, III
5025B Church Road
Mount Laurel, NJ 08054


William H. Green, IV
5025A Church Road
Mount Laurel, NJ 08054

# United States Bankruptcy Court
### District of New Jersey

In re  **Mid Atlantic Party Rental, LLC**                    Case No.   **22-16749**

                                    Debtor(s)          Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read
the foregoing , consisting of   **0**   page(s), and that they are true and correct to the best of my knowledge,
information, and belief.

Date   **September 27, 2022**                    Signature   **/s/ William H. Green, IV**
                                            **William H. Green, IV**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.