| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> MAUREEN P. STEADY, ESQUIRE (MS-6186) <br> KURTZMAN \| STEADY, LLC <br> 2 Kings Highway West <br> Suite 102 <br> Haddonfield, NJ 08033 <br> steady@kurtzmansteady.com <br> Phone (856) 428-1060 <br> Fax (609) 482-8011 <br> Attorneys for Maureen P. Steady, as Chapter 7 Trustee |

| | |
|---|---|
| In re: <br><br> MID ATLANTIC PARTY RENTAL, LLC, <br><br>        Debtors. | Chapter 7 <br><br> Case No. 22-16749(JNP) <br><br> Hon. Jerrold N. Poslusny, Jr. <br><br> Hearing Date: n/a |

| |
|---|
| Recommended Local Form:    **X** Followed    ☐ Modified |

### APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, Maureen P. Steady, Chapter 7 Trustee is the

    **X** Trustee:    **X** Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Caspert Management Co., Inc.</u> to serve as: <u>Auctioneer</u>

☐ Attorney for:    **X** Trustee    ☐ Debtor

☐ Official Committee of _____

☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

**X** Other Professional:

Realtor ☐ Appraiser    ☐ Special Counsel

☐ Auctioneer **X** Other (specify): Auctioneer

3. The employment of the professional is necessary because: of the estate assets consisting of party rental inventory located at 106 Ark Road, Lumberton, NJ 08048 and 70 Stacy Haines Road Lumberton, NJ that will be liquidated for the benefit of the estate.

4. The professional has been selected because: The professional has expertise with regard to selling assets in matters involving bankruptcy, commercial, debtor/creditor and Chapter 7 trustee matters in cases under the Bankruptcy Code.

5. The professional services to be rendered are as follows: Auctioneer, as needed by the Trustee.

6. The proposed arrangement for compensation is as follows: See, Auction Proposal attached hereto and made a part hereof as Exhibit "A".

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

**X** None

☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

**X**  does not hold an adverse interest to the estate.

**X**  does not represent an adverse interest to the estate.

**X**  is a disinterested person under 11 U.S.C. § 101(14).

**X**  does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: of the estate assets consisting of party rental inventory located at 106 Ark Road, Lumberton, NJ 08048 and 70 Stacy Haines Road Lumberton, NJ.

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  October 17, 2022                    /s/ Maureen P. Steady
                                           MAUREEN P. STEADY
                                           CHAPTER 7 TRUSTEE