UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
2 Kings Higway West, Suite 102
Haddonfield, NJ 08033
Telephone: (215) 839-1222

Attorneys for Maureen P. Steady, as Chapter 7 Trustee

In Re:

 MID ATLANTIC PARTY RENTAL, LLC,

        Debtor.

Case No.:          22-16749

Chapter:              7

Hearing Date:   February 18, 2025

Judge:           Poslusny, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled          ☒ Withdrawn

Matter:  Motion of Maureen P. Steady, as Chapter 7 Trustee, to Expunge Claim No. 8 filed by

 Department of the Treasury - Internal Revenue Service

Date: February 3, 2025

/s/ Jeffrey Kurtzman
Signature

*rev.8/1/15*